IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY MARTINEZ

    Plaintiff,

    v.                                   No. 19-CV-00870 KRS/JHR

CITY OF ALBUQUERQUE and
ALAN ARMIJO, in his official capacity for
the City of Albuquerque and individually,

    Defendants.

## ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION

THIS MATTER having come before the Court upon the Motion for Leave to Provide Limited Scope Representation and the Court having been fully advised of the circumstances herein, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED that Ms. Wells may represent Defendant Alan Armijo for the limited purpose of preserving his legal rights until such time as the parties obtain a ruling from the Court clarifying any possible duty the City may or may not have to provide a defense or indemnification on Defendant Armijo's behalf. At the conclusion of this limited representation, Ms. Wells shall file a Motion for Leave to Withdraw from Providing Limited Scope Representation.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE