# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARY MARTINEZ,

        Plaintiff,

                                                1:19-cv-00870-KRS-JHR

v.

CITY OF ALBUQUERQUE, and
ALAN ARMIJO, in his official and
individual capacities,

        Defendants.

## FINAL JUDGMENT

Having dismissed with prejudice the federal claims in Plaintiff's complaint and declined supplemental jurisdiction over Plaintiff's state law claims in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered as to Plaintiff's causes of action arising under federal law and those claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's state-law claims are **REMANDED** to the Second Judicial District Court for Bernalillo County, New Mexico.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    Presiding by consent